## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

| | |
|---|---|
| **GUILLERMO LUNA** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **SAM'S EAST, INC.,** and | ) |
| | ) |
| **SAM'S REAL ESTATE** | ) |
| **BUSINESS TRUST** | ) |
| | ) |
| **Defendants.** | ) |

## <u>PETITION</u>

**COMES NOW** Plaintiff Guillermo Luna, appearing by and through counsel, and for his claims against Defendants Sam's East and Sam's Real Estate Trust states and alleges as follows:

### PARTIES

1.      Plaintiff Guillermo Luna (hereinafter "Plaintiff") is an individual resident of Overland Park, Johnson County, Kansas.

2.      Defendant Sam's East, Inc. is a corporation organized under the laws of Arkansas that regularly conducts business in Johnson County, Kansas.

3.      Defendant Sam's Real Estate Trust is a business trust organized under the laws of Delaware that owns property in Johnson County, Kansas.

### JURISDICTION AND VENUE

4.      This Court has jurisdiction over this matter in that it arises from an alleged tort committed in Kansas.

5.      Venue lies in this Court in that the events giving rise to this litigation occurred in Johnson County, Kansas.

## COUNT 1: PREMISES LIABILITY

6.  On December 19, 2019, Plaintiff arrived at the east side of the parking lot of the Sam's Club store located at 12200 West 95th Street, Lenexa, Johnson County, Kansas.

7.  Upon information and belief, the parking lot was owned and/or controlled by Defendant Sam's East Inc. and/or Defendant Sam's Real Estate Business Trust.

8.  At this time there were patches of "black ice" located throughout the parking lot.

9.  Defendants knew or should have known of the presence of the "black ice" by conducting reasonable inspections of the premises.

10.  Defendants knew or should have known that "black ice" was not easily discoverable by patrons at the store and would pose a hazard to patrons exercising reasonable care in the parking lot.

11.  Defendants failed to exercise reasonable care in the operation and maintenance of its parking lot in that Defendants:

    a.  Failed to conduct reasonable inspections that would have revealed the presence of "black ice"; and/or

    b.  Failed to place salt or other ice melting products in the parking lot; and/or

    c.  Failed to place a call to contractors with which Defendants had contracted to provide snow and ice clearing services in the parking lot; and/or

    d.  Failed to warn patrons of the presence of ice in the parking lot; and/or

    e.  Was otherwise negligent in respects presently unknown to Plaintiff.

12.  As a direct and proximate result of Defendants' negligence, Plaintiff suffered damages, including but not limited to:

    a.  Bodily injuries; and/or

b.  Medical expenses; and/or

c.  Noneconomic damages including pain, suffering and loss of enjoyment of life; and/or

d.  Other damages, the nature and extent of which are not presently known.

**WHEREFORE** Plaintiff Guillermo Luna prays for judgment against Defendants Sam's East, Inc. and Sam's Real Estate Business Trust in a fair and reasonable amount in excess of $75,000, for the costs of this action, and for any further relief that the Court may deem just and proper.

Respectfully Submitted,

CASTLE LAW OFFICE of KANSAS CITY, P.C.

/s/ Andrew Schendel
Andrew C. Schendel, KS #24045
811 Grand Blvd, Suite 101
Kansas City, Missouri 64106
(816) 283-0303 phone
(816) 842-0016 facsimile
aschendel@castlelaw-kc.com
ATTORNEY FOR PLAINTIFF

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

GUILLERMO LUNA

                      Plaintiff                           Case No: 21CV05524

        vs                                                  Division: 4

                                                K.S.A. Chapter 60

SAMS EAST INC

                      Defendant

REQUEST AND SERVICE INSTRUCTION FORM

To: Clerk of the District Court:

Please issue a SUMMONS and PETITION in this action for SAMS EAST INC whose address for service is:

      120 SW 10TH AVENUE FIRST FLOOR MEMORIAL HALL
      TOPEKA, KS 66612

Certified mail service by the undersigned attorney, who understands that it is their responsibility to obtain service and to make the return to the clerk. The postal receipt for service must be filed with the Clerk's office to prove service.

                        By: /s/ ANDREW C SCHENDEL
                        ANDREW C SCHENDEL, #24045
                        811 GRAND BLVD STE 101
                        KANSAS CITY, MO 64106
                        816-595-3249

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT


GUILLERMO LUNA

                Plaintiff                        Case No: 21CV05524

        vs                                      Division:   4

                                                  K.S.A. Chapter 60

SAMS EAST INC

                Defendant


REQUEST AND SERVICE INSTRUCTION FORM


To:  Clerk of the District Court:


Please issue a SUMMONS and PETITION in this action for SAMS REAL ESTATE BUSINESS
TRUST whose address for service is:

      1209 ORANGE ST.
      WILMINGTON, DE 19801


Certified mail service by the undersigned attorney, who understands that it is their responsibility to
obtain service and to make the return to the clerk.  The postal receipt for service must be filed with the
Clerk's office to prove service.


                        By: /s/ ANDREW C SCHENDEL
                        ANDREW C SCHENDEL, #24045
                        811 GRAND BLVD STE 101
                        KANSAS CITY, MO 64106
                        816-595-3249

21CV05524
Div4

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

| | | |
|---|---|---|
| **GUILLERMO LUNA** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2021-CV-005524** |
| | ) | |
| **vs.** | ) | **Division 4** |
| | ) | |
| **SAM'S EAST, INC.**, et. al. | ) | **K.S.A. Chapter 60** |
| | ) | |
| **Defendants.** | ) | |

### RETURN ON SERVICE OF SUMMONS
### TO SAM'S REAL ESTATE BUSINESS TRUST

**COMES NOW** Plaintiff, appearing by and through counsel, and states that

Defendant Sam's Real Estate Business Trust was served via certified mail on December

3, 2021 pursuant to the attached certified mail receipt.

Respectfully Submitted,

CASTLE LAW OFFICE of KANSAS CITY, P.C.

/s/ Andrew Schendel
Andrew C. Schendel, KS #24045
811 Grand Blvd, Suite 101
Kansas City, Missouri 64106
(816) 595-3249 phone
(816) 842-0016 facsimile
aschendel@castlelaw-kc.com
ATTORNEY FOR PLAINTIFF

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X      □ Agent<br>        □ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Sam's Real Estate Business Trust<br>C/o The corporation Trust Company<br><br>1209 Orange St.<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No<br><br>DEC 0 3 2021<br><br>CT CORPORATION |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6044 0069 4035 63 | 3. Service Type<br>□ Adult Signature<br>□ Adult Signature Restricted Delivery<br>□ Certified Mail®<br>□ Certified Mail Restricted Delivery<br>□ Collect on Delivery<br>□ Collect on Delivery Restricted Delivery<br>□ Insured Mail<br>□ Insured Mail Restricted Delivery (over $500).    □ Priority Mail Express®<br>□ Registered Mail™<br>□ Registered Mail Restricted Delivery<br>□ Return Receipt for Merchandise<br>□ Signature Confirmation™<br>□ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7020 0640 0001 1377 3384 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

21CV05524
Div4

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

GUILLERMO LUNA                      )
                                    )
            Plaintiff,              )        Case No. 2021-CV-005524
                                    )
    vs.                             )        Division 4
                                    )
SAM'S EAST, INC., et. al.           )        K.S.A. Chapter 60
                                    )
        Defendants.                 )

## RETURN ON SERVICE OF SUMMONS
## TO SAM'S EAST INC.

**COMES NOW** Plaintiff, appearing by and through counsel, and states that

Defendant Sam's East Inc. was served via certified mail on December 10, 2021 pursuant

to the attached certified mail receipt.

Respectfully Submitted,

CASTLE LAW OFFICE of KANSAS CITY, P.C.

/s/ Andrew Schendel
Andrew C. Schendel, KS #24045
811 Grand Blvd, Suite 101
Kansas City, Missouri 64106
(816) 595-3249 phone
(816) 842-0016 facsimile
aschendel@castlelaw-kc.com
ATTORNEY FOR PLAINTIFF

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *Danton Newsom*<br>X *Danton Newsom* □ Agent □ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>Sam's East Inc.<br>2101 SE. Simple Savings Dr.<br>Bentonville, AR 72712 | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No<br><br>DEC 1 0 2021 |

9590 9402 6044 0069 4035 87

| 3. Service Type | |
|---|---|
| □ Adult Signature | □ Priority Mail Express® |
| □ Adult Signature Restricted Delivery | □ Registered Mail™ |
| □ Certified Mail® | □ Registered Mail Restricted Delivery |
| □ Certified Mail Restricted Delivery | □ Return Receipt for Merchandise |
| □ Collect on Delivery | |
| □ Collect on Delivery Restricted Delivery | □ Signature Confirmation™ |
| □ Insured Mail | □ Signature Confirmation Restricted Delivery |
| □ Insured Mail Restricted Delivery (over $500) | |

2. Article Number (Transfer from service label)
7020 0640 0001 1377 2868

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

*Clerk of the District Court, Johnson County Kansas*
*12/17/21   09:41am ML*